TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

NO. 03-97-00701-CV

James H. (Jim) Davis, Appellant

v.

The City of Kountze, Texas, Appellee

FROM THE DISTRICT COURT OF HARDIN COUNTY, 356TH JUDICIAL DISTRICT

NO. 36,652, HONORABLE BRITT PLUNK, JUDGE PRESIDING 

 Appellant and appellee have filed a joint motion asking this Court to reverse and
remand the cause to the district court for entry of a judgment in accordance with a settlement
agreement. The motion is granted.

 The judgment of the district court is reversed and the cause is remanded to the
district court for entry of judgment in accordance with the settlement agreement. Tex. R. App.
P. 43.6.

 __________________________________________

 Marilyn Aboussie, Justice

Before Justices Aboussie, Jones and B. A. Smith

Reversed and Remanded on Joint Motion

Filed: April 9, 1998

Do Not Publish